United States District Court
District of Connecticut

Wayne Rogers
　　Plaintiff

　　　　　　　　　　　　　Case no:

V.

Sergeant J. Bufone　　　　Date: Dec. 12th 2018
Hartford police officer
　　Defendant.,


Pro Se Civil Rights action

Jurisdiction: A

1) I can bring my complaint in Federal Court because I am suing, State, County, or City employees for violating my Federal rights under 42 U.S.C. Sec 1983, 1985, 1986.

Plaintiff: B

1) Wayne Rogers
# 323651
Walker Correctional Institution

Defendants: C

1) Officer J. Barone is an officer with the Hartford Connecticut Police Department and holds the rank of Sergeant through the entirety of this complaint or the relevant parts.

2) Defendant was acting under color of State law at all times relevant in this complaint.

3) Defendant is being sued in his individual and official capacity.

Complaint: D

1) On July 15th 2018 at approxmatly 10:30pm Plantiff went into the store on the corner of Elliot Street and Weathersfield Ave in Hartford CT to purchase a drink.

2) Plantiff exited the store and continued on Elliot St to a friends residence (22 Elliot St)

3) Plantiff was at the gate on the side entrance to 22 Elliot St on the steps to enter the building when Plantiff was tackled by Defendant Sergent Barone.

4) Plantiff did not see the officer approach nor did the Defendant Identify himself.

5) Plantiff was handcuffed and searched resulting in the Defendant removing 25 bags of heroin and approxmatly $780.00 in cash along with approx. 7 grams of marijuanna, along with his wallet which contained the cash.

6) Defendant initiated a Warrent search, at this time plantiff removed his handcuffs and attempted to run.

7) Defendant Barone has a reputation in the streets to abuse his Athority and Plantiff was concerned what would happen if Defendant had taken him into custody

Complaint :D

8.) Defendant then persued Plantiff and Stated "Stop running or I'll fuxxxxx Kill you" at this time plantiff could see an infared dot bouncing on the Street around him.

9.) a Second later Plantiff went Stiff and hit the ground full force, then was jumped on and cuffed, Plantiff was then told he was tased.

10.) While on the ground cuffed Defendant placed whats to be believed as a taser to Plantiffs neck and Stated "I'm gonna Fuxxxx tase you you Basterd"

11) Plantiff Stated "No please Dont"

12) Defendant then punched Plantiff in the face 3 times and again Stated "I should Still tase you" then punched Plantiff one more time (Injuries Documented at Hartford cc)

13) Defendant then ripped the taser bard out of Plantiffs right hip and threw it to the ground. This caused an injury and Scar on plantiff which was Documented at Hartford cc.

14.) Once Plantiff got to Hartfrsd PD he requested Medical attention and Photos of injuries and was Denied.

Complaint : D

15.) July 16th 2018 Once transported to court plantiff became aware that his money was not reported along with the Drugs siezed.

16.) Plantiff was then Sent to Hartford Correctional Center where he seen medical and document injuries, and informed HCC medical that Plantiff was Opiat Dependant and detoxing.

17.) On Nov 27th 2018 it was discovered that Defendant Barone was fired reciently from the Hartford PD for various substantiated issues to do with excessive force, and not reporting evidence.

18.) On Nov 27th 2018 Plantiff recieved the arrest report to discover that the Defendant falsley reported the way the incident happend to suite his arrest.(

19.) On said day Plantiff was informed the State would not be persuing this case.

Exhaustion of Remedies : E

1.) Plantiff is uncertian of the Exhaustion requirement when it comes to Police Procedure, but still attempts to Exhaust Remedies afforded to him.

2.) On Aug 18th 2018 Plantiff attempted to obtaine a grievance from Hartford Police Department. On said date front desk officer notified a Lieutenant who told Plantiff he had to explaine the issue to him and he would decide if its Grievable. Plantiff refused and was told to leave with said form.

3.) On Sept. 21st 2018 Plantiff again attempted to ~~trie to~~ obtaine a grievance from HPD and again encountered the same issue and did not recieve said forms.

4.) Plantiff was incarserated on Oct 4th 2018 and was allowed to contact Ilap legal aid on Dec 6th 2018. Plantiff inquired about a grievance for HPD and weather one was needed to proceed with this Claim, Ilap was uncertian.

5.) Plantiff is and has done everything in his power to exhaust Remedies to no avail, and will continue to do so, but feels the necessity to file said Claim before Defendant is unavaible to answer due to his being Discharged from HPD.

## Claims for Relief: F

1) Defendants unnecessary Assault and Sadistic Behaviour(s) constituted Excessive use of force which therefore constitutes cruel and unusual punishment to which Violates the Eighth Amendment of the United States Constitution.

## Request for Relief: G

1) The return of the money Stolen at arrest, from the officer personally, in the amount of $780.00

2) Compensatory Damages in the Amount of $150,000

3) Punitive Damages in the Amount of $250,000

## Request for Relief: G

4) A written apology from the Hartford police department for the actions of officer Barone

## Jury Trial: H

1) I wish to have a Trial by jury.

## Declaration under penalty of perjury: II

1) By Signing this Complaint I certify under penalty of perjury that the information stated in this claim/complaint are True and accurate to the best of my knowledge. I understand that any intentionally false information shall lead to prosecution for perjury and punishable by Five years in prison and a fine of $250.000 18 U.S.C. Sec. 1621, 3571

December 12th 2018

Suffield CT 06080

Attachments:

1) Police Report (3 pages)

2) letters to Police Department (3 Pages)

# HARTFORD POLICE DEPARTMENT
## INCIDENT REPORT

| ☒ PROSECUTOR REPORT (Comm. Court ☒) | ☐ FAMILY VIOLENCE | ☐ JUVENILE REFERRAL | | CASE # 18-20767 |
|---|---|---|---|---|

| RADIO SIGNAL | DATE OF INCIDENT | TIME OF INCIDENT | DATE REPORTED | TIME REPORTED | UNIT | TYPE OF INCIDENT | UCR CODE | STATUS | UCR CODE 2 |
|---|---|---|---|---|---|---|---|---|---|
| 10-75 | 07/15/18 | 2248 | 07/15/18 | 2250 | 731 | Area 5 | | | |

| LOCATION OF INCIDENT | ADDRESS: 22 Elliott Street, Hartford, CT | APT./FLOOR | ☐ NOT APPLICABLE ON STREET | ☒ RESIDENT SINGLE ☒ RESIDENT MULTI | ☐ NON RESIDENT ☐ CITY PROPERTY | ☐ ALLEY OR LOT ☐ ABANDONED BLDG. | RELATED CASE 1 |
|---|---|---|---|---|---|---|---|

| DATE AND TIME OF RECOVERY | LOCATION OF RECOVERY | CONTRIBUTING FACTORS | ☐ NOT APPLICABLE | ☐ ALCOHOL ☒ DRUGS | ☐ MENTAL PROBLEM ☐ FAMILY VIOLENCE | WEATHER CONDITIONS | ☐ NOT APPLICABLE | ☒ CLEAR ☐ DRY | ☐ RAIN ☐ SNOW | ☐ ICE ☐ FOG | RELATED CASE 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|

STATUS CODE: A - ACCUSED  C - COMPLAINANT  J - JUVENILE  S - SUSPECT  M - MISSING  V - VICTIM  W - WITNESS  I - INTERVIEWED  X - ALIAS  O - OTHER  L - LOCATED  B - BUSINESS
R - REFERRED JUVENILE  P - PEDESTRIAN  K - OWNER of M/V  N - PASSENGER in M/V  T - TICKETED  Z - OPERATOR M/V

RACE CODE: W - WHITE  B - BLACK  H - HISPANIC  O - OTHER

| STATUS | LAST NAME | FIRST NAME | M.I. | SEX | RACE | DATE OF BIRTH | AGE | ADDRESS | APT. - FLOOR | TELEPHONE |
|---|---|---|---|---|---|---|---|---|---|---|
| C | Officer Initiated | | | | | | | 253 High Street, Hartford, CT | | 860-757-4000 |

| DATE OF ARREST | TIME OF ARREST | LOCATION OF ARREST | | IF JUVENILE PARENTS NOTIFIED ☐ YES ☐ NO |
|---|---|---|---|---|
| 07/15/18 | 2250 | 22 Elliott Street, Hartford, CT | | |

| ARREST 1. | | | SEX | RACE | DOB | AGE | ADDRESS | |
|---|---|---|---|---|---|---|---|---|
| | Rogers 3rd | Wayne | M | W | 08/20/87 | 30 | 530 Wethersfield Avenue, Hartford, CT | N/A |

| CHARGE 1. | STATUTE | CHARGE 2. | STATUTE | CHARGE 3. | STATUTE |
|---|---|---|---|---|---|
| Trespass 2nd degree | 53a-108 | Interfering with police | 53a-167a | | |

| ARREST 2 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| CHARGE 1. | STATUTE | CHARGE 2. | STATUTE | CHARGE 3. | STATUTE |
|---|---|---|---|---|---|

| SUSPECTS | SEX | RACE | AGE | HEIGHT | WEIGHT (LBS) | HAIR COLOR | HAIR TYPE | COMPLEXION | DESCRIPTION / COMMENTS / DISTINCTIVE FEATURES |
|---|---|---|---|---|---|---|---|---|---|
| #1 | | | | | | | | | |
| #2 | | | | | | | | | |

PROPERTY CODE: A - ABANDONED  E - EVIDENCE  F - FOUND  L - LOST  R - RECOVERED  S - STOLEN  T - TOWED  V - VEHICLE  O - OTHER  D - DAMAGED  W - SUSPECT VEHICLE

| CODE | QTY. | YEAR | ITEM | (BRAND-MODEL) | STATE | REGISTRATION | COLOR | SERIAL OR VIN | CHARACTERISTICS/CONDITIONS | EST. VALUE | CLASS |
|---|---|---|---|---|---|---|---|---|---|---|---|

☐ FORM # JD-CR-18 COMPLETED

| M.O. | POINT OF ENTRY: N/A | TYPE OF WEAPON — TOOLS: N/A |
|---|---|---|

| SOLVABILITY FACTORS | YES | NO | UNK |
|---|---|---|---|
| SUSPECT LOCATION | A | | |
| SUSPECT NAME | R | | |
| SUSPECT IDENTIFICATION | R | | |
| WITNESS TO CRIME | C | | |
| SUSPECT DESCRIPTION | S | | |
| WEAPONS DESCRIPTION | T | | |
| EVIDENCE COLLECTED | | | M |
| VEHICLE INFORMATION | | | A |
| PROPERTY I.D. /LOCATED | | | D |
| M.O. INFORMATION | | | IC |

INCIDENT DETAILS:

On Sunday, 07/15/18, Officer Otero and I, were assigned to the Hartford Police Department's Community Response Unit (C.R.U). We operate in a marked patrol vehicle and are fully dressed in the Hartford Police uniform to be easily identified as police officers. CRU has been tasked with enforcing numerous Quality of Life issues plaguing the city, in areas known as "Hot Spots".

At 2248 hours, Sergeant Barone, along with Officer Otero and I, were on a directed patrol in the area of Elliott Street and Wethersfield Avenue. Our directed patrol was conducted to address numerous complaints regarding Quality of Life offenses taking place in this area. These complaints include the illegal sale and usage of narcotics along with gang activity. These complaints have come to the Hartford Police Department from citizen callers, community organizations, and confidential street sources. While traveling east on Elliott Street, I observed three (3) male standing idly on the public sidewalk in front of the residential property located at 22 Elliott Street. In the past,

DISTRIBUTION: ☐ MAJOR CRIMES  ☐ GUN TASK FORCE  ☐ JID  ☐ DISTRICT/ZONE C.O.  ☐ NARCOTICS  ☐ INTELLIGENCE  ☐ OTHER _____

| INVESTIGATING OFFICER: J. Samuels | CODE: L01 | ASSISTING OFFICER: J. Otero | CODE: 173 | SUPERVISORY REVIEW: |
|---|---|---|---|---|

AFFIDAVIT STATEMENT
Subscribed and sworn to before
me this day (date) _____    SUPERVISOR (signed): S. Barone    CODE: 122

PAGE 1 OF 3 PAGES

☐ Records  ☐ States Attorney  ☐ Investigative  ☐ Officer

HPD FORM # 75 REV 05/06

**HARTFORD POLICE DEPARTMENT**
**INCIDENT SUPPLEMENT**

CASE # 18-20767

☒ PROSECUTOR REPORT (Comm. Court ☒)  ☐ SUPPLEMENT  ☐ JUVENILE REFERRAL

| DATE OF INCIDENT | TIME OF INCIDENT | DATE REPORTED | LOCATION OF INCIDENT | APT. | FLOOR | RELATED CASE 1 |
|---|---|---|---|---|---|---|
| 07/15/18 | 2248 | 07/15/18 | 22 Elliott Street, Hartford, CT | | | |

STATUS CODE: A - ACCUSED  C - COMPLAINANT  J - JUVENILE  S - SUSPECT  M - MISSING  V - VICTIM  W - WITNESS  I - INTERVIEWED  X - ALIAS  O - OTHER  L - LOCATED  B - BUSINESS  R - REFERRED JUVENILE  P - PEDESTRIAN  K - OWNER of M/V  N - PASSENGER in M/V  T - TICKETED  Z - OPERATOR M/V

| STATUS | LAST NAME | FIRST NAME | MI. | SEX | RACE | DATE OF BIRTH | AGE | ADDRESS | APT./FLOOR | TELEPHONE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

ARREST

| CHARGE 1 | STATUTE | CHARGE 2 | STATUTE | CHARGE 3 | STATUTE |
|---|---|---|---|---|---|
| | | | | | |

SUSPECT

| SEX | RACE | AGE | HEIGHT | WEIGHT LBS | HAIR COLOR | HAIR TYPE | COMPLEXION | DESCRIPTION / COMMENTS / DISTINCTIVE FEATURES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

☐ FORM #JD-CR-18 COMPLETED

PROPERTY CODE: A - ABANDONED  E - EVIDENCE  F - FOUND  L - LOST  R - RECOVERED  S - STOLEN  T - TOWED  V - VEHICLE  O - OTHER  D - DAMAGED  W - SUSPECT VEHICLE

| CODE | QTY. | YEAR | ITEM | (BRAND-MODEL) | STATE | REGISTRATION | COLOR | SERIAL OR VIN. | CHARACTERISTICS / CONDITION | EST VALUE | CLASS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | $ | |
| | | | | | | | | | | $ | |

**DETAILS**

this residential building has been plagued by individuals selling and using drugs in front of this property, along with publicly drinking, loitering, and creating public disturbances. While approaching the individuals, Sgt. Barone observed one of the males look directly at him. The male began to lower his stance and turn his feet to face the opposite direction. Sgt. Barone verbally asked the individuals if they lived in the area, while exiting his vehicle. One of the individuals suddenly ran to the building. Please note that the individual ran towards the property with an enclosed fenced-in area, which was clearly designed to exclude intruders from entering the property. The individual opened the building's side fence door, and closed the fence door behind him before proceeding inside of the residential building complex. Based on our training and experience, individuals who run away from police unprovoked typically try avoid police interaction possibly due to being in possession of drugs or guns, or have an active warrant for their arrest.

We exited our vehicles and ran behind the male. The male attempted to lock the fence door behind him to avoid apprehension, but failed. The male then proceeded to run inside of the building complex. However, once inside of the building complex, he was trapped in the eastern stairwell because he was unable to unlock the door to main floor hallway. We were able to secure the suspect in HPD issued handcuffs, without incident, until we further investigated his residential status and reasoning for standing in front of the building.

As we walked to the police vehicle, Rogers was asked for his basic information. He was positively identified as Wayne Rogers 3rd (D.O.B 08/20/87) by his State of Connecticut Identification card. I asked Rogers if he was a resident of the building he ran to. He replied by saying, "No." While conducting a check of Rogers on the police vehicle Mobile Data Terminal, MDT, I observed Rogers slip out of the handcuffs. Rogers then ran east on Elliott Street and a brief foot pursuit ensued. Sergeant Barone and I, gave Rogers numerous clear and loud verbal commands to "Stop running." After a few seconds, Sergeant Barone yelled, "Taser" and Rogers immediately fell to the ground, subsequently scraping his arms on the pavement. Rogers was then re-placed in HPD issued handcuffs and placed in the rear of Unit 731.

The check of Rogers revealed there were active warrants for his arrest.

| DATE OF SUPPLEMENT | INVESTIGATING OFFICER | CODE | ASSISTING OFFICER | CODE |
|---|---|---|---|---|
| | J. Samuels | L01 | J. Otero | 173 |

DISTRIBUTION: ☐ MAJOR CRIMES  ☐ GUN TASK FORCE  ☐ JID  ☐ DISTRICT/ZONE CO  ☐ NARCOTICS  ☐ INTELLIGENCE  ☐ OTHER

☐ Records  ☐ States Attorney  ☐ Investigative  ☐ Officer

PAGE 2 OF 3 PAGES

SUPERVISORY REVIEW

AFFIDAVIT STATEMENT: Subscribed and sworn to before me this day (date) _____ (signed) _____

SUPERVISOR S. Barone   CODE

HPD FORM # 77 REV. 05/06

# HARTFORD POLICE DEPARTMENT
## INCIDENT SUPPLEMENT

| | |
|---|---|
| PROSECUTOR REPORT (Comm. Court [X]) | CASE # 18-20767 |
| DATE OF INCIDENT: 07/15/18 | TIME OF INCIDENT: 2248 |
| DATE REPORTED: 07/15/18 | LOCATION OF INCIDENT: 22 Elliott Street, Hartford, CT |

**DETAILS**

Based on the facts and circumstances, Rogers was in violation of the following Connecticut General Statute (C.G.S) Secs; 53a-108 Trespass 2nd Degree and 53a-167a Interfering with police. He was subsequently transported to the Hartford Police Department's Detention Facility to be processed.

At this time, there is nothing further to report.

---

| | |
|---|---|
| INVESTIGATING OFFICER: J. Samuels | CODE: L01 |
| ASSISTING OFFICER: J. Otero | CODE: 173 |
| SUPERVISOR: S. Barone | CODE: I-29 |
| PAGE 3 OF 3 PAGES | |

HPD FORM # 77 REV. 05/08

TO:                                                      Date:

Hartford Police Department           Oct 25th 2018
253 High St
Hartford CT 06106


I am wrighting to inquire about obtaining a Grievance form for an issue arising from an officer at this police Department.

It would be greatly appreciated if you could send me a grievance and the proper address to return it to.

Thank you

Wayne Rogers #323651
Corrigan CC
986 Norwich New London TPK
Uncasville CT 06385

COPY

TO:                                                    Date:
Hartford Police Department                    Nov. 13th 2018
253 High ST
Hartford, CT. 06106


I am contacting this precinct to get a grievance form to file on an officer out of this station.
   I would like if you could send me a grievance and the appropriate place to send it.
                    Thanks

                                        Wayne Rogers #323651
                                        Corrigan CC
                                        986 Norwich New London TPK
                                        Uncasville, CT. 06385

COPY

TO:                                              Date:
                                                 Dec. 3rd 2018

Hartford Police Department
253 High ST
Hartford, CT- 06106

I would like to know if someone at this Department could send me a grievance form or direct me where to contact for one if this is the wrong address.
                    Thank you

                                   Wayne Rogers #323651
                                            MWCI
                                       1153 East ST South
                                         Suffield, CT- 06080